MN-303
(Rev'd 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

IN RE: ) Chapter 7 Case No. <u>03-35978-DDO</u>
)
ANDERSON, ROBERT M )
ANDERSON, JILL M ) NOTICE OF TRUSTEE'S
) FINAL REPORT
                 Debtor (s) )

TO: All creditors and other parties in interest.

    NOTICE IS GIVEN that the trustee has filed a Final Report dated <u>February 1, 2006</u>, reporting total receipts of $<u>7,839.47</u>, and total disbursements paid, or to be paid, as follows:

| $ | 221.00 | Payments for liens or other interests in property, if any |
|---|---|---|
| $ | 7,618.47 | Chapter 7 administrative expenses |
| $ | 0.00 | Chapter 11, 12, or 13 administrative expenses, if any |
| $ | 0.00 | Priority unsecured claims, which total $<u>0.00</u> |
| $ | 0.00 | Nonpriority unsecured claims, which total $<u>200,478.54</u> |

    NOTICE IS FURTHER GIVEN that estate funds may remain in the estate's interest-bearing account until the date of distribution. Additional interest, if applicable, will be distributed pro-rata pursuant to the applicable section(s) of the Bankruptcy Code.

    NOTICE IS FURTHER GIVEN that the following requests for compensation and reimbursement of expenses, including both payments made in the interim and those to be made pursuant to the Final Report, have been submitted:

| Name and Position of Applicant | Compensation | Reimbursement |
|---|---|---|
| RANDALL L. SEAVER, Trustee | 1,511.85 | 34.88 |
| FULLER, SEAVER & RAMETTE, P.A. TRUSTEE ATTORNEY | 6,328.25 | 69.94 |
| MARGUTH AUCTION COMPANY, AUCTIONEER | 85.00 | 16.05 |

    NOTICE IS FURTHER GIVEN that unless a party in interest serves on the trustee and United States Trustee and files with the Clerk an objection to and request for hearing on said Final Report, any claim or any application for compensation or reimbursement within 20 calendar days after the date stated below as the date this notice was mailed, the Court will enter such orders as may be appropriate and the trustee will make final distribution. If an objection and request for hearing is served and filed, the trustee will arrange for a hearing on the objection, with notice of hearing to the objecting party and the United States Trustee. (A copy of the Trustee's Final Report and Proposed Distribution may be viewed at the Bankruptcy Court's web site: www.mnb.uscourts.gov.)

Date: _____    LORI VOSEJPKA
Date Mailed: _____    Clerk of Bankruptcy Court

| Clerk of Bankruptcy Court | United States Trustee | RANDALL L. SEAVER, Trustee |
|---|---|---|
| 301 U.S. COURTHOUSE | 1015 U.S. COURTHOUSE | 12400 PORTLAND AVENUE SOUTH |
| 300 S. FOURTH STREET | 300 S. FOURTH STREET | SUITE 132 |
| MINNEAPOLIS, MN  55415 | MINNEAPOLIS, MN  55415 | BURNSVILLE, MN  55337 |